UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-104-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMIEN SHERROD MELVIN | ORDER |

This matter is before the Court on the defendant's unopposed Motion to Schedule the Sentencing hearing.

For good cause shown, it is hereby ORDERED that the sentencing in this matter be scheduled on Thursday, February 12, 2015, at 10:00 a.m. before District Judge Louise Wood Flanagan in New Bern, North Carolina.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by the continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(8).

SO ORDERED.

This 30th day of January, 2015.

*Louise W. Flanagan*
_____
LOUISE WOOD FLANAGAN
United States District Judge